**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-62097-BLOOM/Valle**

MBAGO M. KANIKI,

       Plaintiff,

v.

STEVEN M. MARIANO, *et al.*,

       Defendants.

_____/

## ORDER CONSOLIDATING CASES

THIS CAUSE is before the Court upon a *sua sponte* review of the record and the Court's docket. On September 5, 2018, Plaintiff filed the above-captioned case. ECF No. [1]. In this case, Plaintiff has filed securities class action on behalf of all purchasers of Patriot National common stock who are alleged to have sustained significant losses due to Defendants' violations of the federal securities laws. Given that the allegations and causes of action in this case are the same another case previously filed, and that this Court is the presiding judge over each case, the Court finds good cause for consolidation of these cases. It is therefore **ORDERED AND ADJUDGED** as follows:

1. This case, Case No. 18-cv-62097, is consolidated with Case No. 18-cv-60075. The Clerk is instructed to **CLOSE Case No. 18-cv-62097** for administrative purposes only.

2. Pursuant to the Court's Internal Operating Procedures, all future filings shall be made in the following case only:

   *Aric Mcintire et al. v. Steven M. Mariano et al., Case No. 18-cv-60075.*

Case No. 18-cv-62097-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 19th day of December, 2018.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record